IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>AMY ELAINE RONEY,<br><br>Defendant | NO. 5: 08-MJ-08-09 (CWH)<br><br>**REMOVAL PROCEEDINGS**<br>No. 1:05CR24-002 — N. D. Florida<br><br>RE:  VIOLATION OF SUPERVISED RELEASE |

## O R D E R

AMY ELAINE RONEY, a supervised releasee currently under the supervision of the U. S. Probation Office in the Northern District of Florida under a sentence of supervised release, this day appeared before the undersigned for a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure and for a Removal/Detention Hearing. She was represented by Mr. Christopher Brian Jarrard and Ms. Catherine Michelle Leek of the Federal Defenders Office; the government was represented by Assistant U. S. Attorney Tamara Jarrett.

At the beginning of the hearing, government's counsel advised the court that Violation No. 2 set forth in the PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION is withdrawn as a basis for seeking revocation of supervised release. After being advised of the remaining allegations (Nos. 1, 3, and 4), defendant Roney, through legal counsel, advised the court that she does not contest the issue of probable cause as to Violations Nos. 1, 3, and 4.  Accordingly, the undersigned finds probable cause to believe that defendant Roney has violated conditions of supervision as alleged in Violations Nos. 1, 3, and 4.

On the issue of removal, the court has been advised that it is the intention of the court in the Northern District of Florida to transfer jurisdiction of proceedings in Case No. 1:05CR24-002 to the U. S. District Court for the Middle District of Georgia.  Accordingly, all matters pertaining to removal will be held in abeyance for a period of **TEN (10) DAYS** to permit the transfer of jurisdiction to the Middle District of Georgia with the expectation that a FINAL REVOCATION HEARING under Rule 32.1 will be held before a district judge of this court in the near future. If jurisdiction is not transferred WITHIN TEN (10) DAYS, the issue of removal will be considered by the undersigned.

On the issue of release from custody pending a FINAL REVOCATION HEARING, counsel for defendant Roney advised the court that his client does not contest TEMPORARY DETENTION pending her FINAL REVOCATION HEARING. In consideration of the defendant's consent to detention, and noting that information provided to the court establishes that defendant Roney has a serious drug addiction problem, the undersigned finds that release from custody is inappropriate. Defendant Roney would pose a serious risk of danger not only to the community but also to herself were she to be released from custody. Accordingly, upon the transfer of jurisdiction to this court, the Clerk is directed to forward this matter to the district judge of this court to whom this matter is assigned for the scheduling of a FINAL REVOCATION HEARING.

IT IS FURTHER ORDERED AND DIRECTED that defendant Roney be TEMPORARILY DETAINED in the custody of the U. S. Marshal for the Middle District of Georgia pending completion of a FINAL REVOCATION HEARING. While held in custody, she shall be afforded reasonable opportunity for private consultation with defense counsel. On order of the court or on request of an attorney for the Government, defendant Roney shall be brought before the district judge to whom this case is assigned for a FINAL REVOCATION HEARING as directed by that judge.

SO ORDERED AND DIRECTED, this 3rd day of SEPTEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE